IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEACHANGE INTERNATIONAL, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ARRIS GROUP, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) C. A. No.: 09-573-JJF <br><br> **JURY TRIAL DEMANDED** |

## SEACHANGE INTERNATIONAL, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, SeaChange International, Inc. ("SeaChange") certifies that: (1) SeaChange does not have a parent corporation; and (2) no publicly held corporation owns 10% or more of SeaChange's stock.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Melanie K. Sharp
_____
Melanie K. Sharp (No. 2501)
Mary F. Dugan (No. 4704)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801

P.O. Box 391
Wilmington, Delaware 19899-0391
(302) 571-6681
msharp@ycst.com

Steven M. Bauer
Benjamin M. Stern
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
(617) 526-9600

Nolan M. Goldberg
1595 Broadway
New York, NY 10036
(212) 969-3000

Dated: September 14, 2009        *Attorneys for SeaChange International, Inc.*